In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-006 CV


____________________



IN THE MATTER OF L.C.






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 04-06-04539 JV






MEMORANDUM OPINION


 L.C., a juvenile, entered a plea of true on two allegations of engaging in delinquent
conduct by committing the felony offense of aggravated robbery. The trial court found that
a deadly weapon was used in the commission of the offenses, found L.C. to be in need of
rehabilitation, and committed L.C. to the Texas Youth Commission with possible transfer to
the Texas Department of Criminal Justice for a determinate period of twenty-five years. 

 After perfecting appeal, appointed counsel filed a brief asserting that the appeal is
frivolous. The brief complies with the requirements of Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and In re D.A.S., 973 S.W.2d 296 (Tex. 1998). On
April 20, 2006, we granted L.C. an extension of time in which to file a pro se brief. We also
advised L.C.'s mother that she could file a response on L.C.'s behalf. No pro se brief or
other response has been filed.

 We have carefully reviewed the record and counsel's brief, and find no arguable error
requiring us to order appointment of new counsel. Accordingly, we affirm the trial court's
judgment.

 AFFIRMED.

 ___________________________

 CHARLES KREGER

 Justice 

Submitted on August 16, 2006

Opinion Delivered September 21, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.